# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-0867
Lower Tribunal No. 2020DR-004373

_____

ANDREWSON COMPERE,

Appellant,

v.

NATHACHA COMPERE,

Appellee.

_____

Appeal from the Circuit Court for Polk County.
Torea Spohr, Judge.

January 13, 2026

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and MIZE and PRATT, JJ., concur.


Andrewson Compere, Boynton Beach, pro se.

Nathacha Compere, Lakeland, pro se.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED